UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE ERIC CHRISTIAN,

Movant.

Case No. 2:26-cv-00630-APG

**Order Denying Request to Lift Prefiling Restriction**

[ECF No. 1]

Judge Cristina Silva previously declared Eric Christian a vexatious litigant and ordered that if he "intends to file any pleadings or papers with this court that relate in any way to initiating new litigation as a pro se litigant, he must first . . . apply to the Chief Judge of this District for leave to file the initiating documents . . . ." Case No. 2:24-cv-842, ECF No. 22 at 12.

Christian now requests that I lift the prefiling restriction on him so "that the name of the Crevenart v Barron case be appropriately entitled the Christian v Frierson et al case in Nevada and simply the Christian v Barron case in the CACD Western Division." ECF No. 1 at 7. But the *Crevenart v. Barron* case (2:24-cv-02194) has been closed for over a year, so there is no need to or ability to change the case caption. And this court has no control over cases pending in the United States District Court for the Central District of California. Because the relief Christian requests is not available, I deny his request to lift the prefiling restriction.

I THEREFORE ORDER that Eric Christian's request to lift the prefiling restriction **(ECF No. 1) is denied.** The clerk of court is directed to close this file.

DATED this 10th day of March, 2026.

_____
Andrew P. Gordon
Chief United States District Judge